# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL ROSADO, JR. | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 12-cv-715 |
| DANIEL BURNS, SUPERINTENDENT SCI-FOREST, *et al*. | : |
| Respondents. | : |

**ORDER**

**AND NOW**, this 20th day of November 2012, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is **APPROVED** and **ADOPTED** in its entirety.

3. The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** as untimely.

4. A certificate of appealability shall not issue. For the reasons explained in the Report and Recommendation, a reasonable jurist could not conclude the court is incorrect in dismissing the habeas petition with prejudice.

                                                                                 s/ William H. Yohn Jr.
                                                                                 William H. Yohn Jr., Judge